UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOSEPH AMATUCCIO,

Defendant.

25-MJ-3445 (UA)

ORDER

DALE E. HO, United States District Judge:

It is hereby **ORDERED** that parties shall appear for a plea hearing and a renewed bail application hearing with the Court on **Wednesday, February 25, 2026**, at **10:00 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. Defendant shall submit a written bail application by **February 20, 2026**. The Government shall file a reply, if necessary, by **February 23, 2026**.

SO ORDERED.

Dated: February 18, 2026
      New York, New York

_____
DALE E. HO
United States District Judge

1