UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOSEPH AMATUCCIO

Defendant.

26-CR-71 (DEH)

SCHEDULING ORDER

DALE E. HO, United States District Judge:

Due to a conflict in the Court's calendar, IT IS HEREBY ORDERED that the sentencing hearing previously scheduled for June 12, 2026, at 10:00 a.m. is RESCHEDULED to **June 11, 2026, at 11:00 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that the deadlines for sentencing submissions remain the same (i.e., May 29, 2026, for defense and June 5, 2026, for the Government).

SO ORDERED.

Dated:  May 19, 2026
        New York, New York

_____
        DALE E. HO
        United States District Judge