UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - v. -

JOSEPH AMATUCCIO,

        Defendant.

Proposed Order

26 Cr. 71 (DEH)

Upon the application of defendant Joseph Amatuccio, by his attorney, Tamara Giwa, Federal Defenders of New York, Inc., Joy Chen, Assistant Federal Defender, of counsel; and without objection from counsel for the government, it is hereby ORDERED that the Metropolitan Detention Center provide Mr. Amatuccio with his daily dose of methadone, pursuant to his participation in the Medication Assisted Treatment (MAT) program, by end of day today, June 11, 2026.

SO ORDERED:

_____          June 11, 2026

HONORABLE DALE E. HO                 DATE
UNITED STATES DISTRICT JUDGE